UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CONRAD N., | Civil No. 2: 24-cv-01523-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, Dkt. # 12, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the Appeals Council will direct the Administrative Law Judge to: reconsider the medical opinions and prior administrative medical findings; reevaluate the claimant's subjective complaints; reassess the residual functional capacity, as needed; continue with the sequential evaluation; take further action to complete the administrative record resolving the above issues; and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 22nd day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE