UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CONRAD N.,<br><br>PLAINTIFF,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-01523-JHC<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on May 22, 2025.  Dkt. # 13.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 5th day of June, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Page 1       JUDGMENT - [2:24-CV-01523-JHC]